**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ISAIAS COLLADO,

                Plaintiff,                22 **CIVIL** 6205 (PED)

    -v-                                        **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 16, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:** New York, New York
           March 17, 2023

                                                            **RUBY J. KRAJICK**

                                                            _____
                                                                **Clerk of Court**

                                       **BY:**    *K. Mango*

                                                            _____
                                                                **Deputy Clerk**